Monroe Venable and W. J. Jones, copartners doing business under the firm name and style of Venable and Jones, Appellants, v. Evans Haile, Appellee.

(Supreme Court of Florida, June 26, 1905.)

Appeal from Circuit Court Alachua County; James T. Wills, Judge.

*Robt. E. Davis,* for Appellants.

*Horatio Davis* and *W. S. Broome,* for Appellee.

This action was brought by the Appellee against the Appellants. There were orders in favor of the complainant and the defendants appeal. The appeal is dismissed on praecipe of counsel for Appellants.